

*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★        ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00416-CV

**THE ESTATE OF MARTHA JANE VALDEZ**, Deceased

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2008-PC-3026
Honorable Polly Jackson Spencer, Judge Presiding

PER CURIAM

Sitting:       Sandee Bryan Marion, Justice
               Phylis J. Speedlin, Justice
               Rebecca Simmons, Justice

Delivered and Filed: August 11, 2010

VACATED AND APPEAL DISMISSED

The appellant filed a motion to dismiss this appeal. On June 30, 2010, this court issued an opinion and judgment dismissing the appeal. On July 15, 2010, appellant filed a Request for Clarification or Modification of June 30, 2010 Memorandum Opinion. We grant the motion and withdraw our opinion and judgment of June 30, 2010 and issue this opinion and judgment in its place.

The trial court's judgment dated March 2, 2010 is hereby vacated and this appeal is dismissed. *See* TEX. R. APP. PROC. 43.2(e), (f). Appellant's request for immediate issuance of the mandate is also granted. It is therefore ORDERED that the Clerk of this court issue mandate

contemporaneously with this opinion and judgment. Costs of appeal are taxed against the party who incurred them.

PER CURIAM